

# NUMBER 13-15-00596-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE OVIDIO GARCIA JR.

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

Relator, Ovidio Garcia Jr., proceeding pro se, filed a petition for writ of mandamus in the above cause on December 17, 2015. Through this original proceeding, relator seeks to compel the assigned judge to set a hearing on relator's motion to recuse the trial court judge and to issue a ruling thereon.

The Court requests that the real parties in interest, Omar Escobar, et al., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of December, 2015.